In the Matter of MICHAEL GRECO et al., Respondents, v GORDON C. JENKINS, as Mayor and Village Manager of the Village of Monticello, Appellant.

Submitted April 27, 2015; decided May 14, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for a stay dismissed as academic.

Judge STEIN taking no part.

In the Matter of KEVIN GRIFFIN, Appellant, v THOMAS P. DI-NAPOLI, as State Comptroller, et al., Respondents.

Submitted April 13, 2015; decided May 14, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted April 6, 2015; decided May 14, 2015

Motion for reargument of motion for leave to appeal denied [see 24 NY3d 1207 (2015)]. Motion for poor person relief dismissed as academic.

Judges STEIN and FAHEY taking no part.